IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS HARRIS,

    Plaintiff,

v.                                                  CASE NO. 1:05-cv-00039-MP-AK

MIDWEST GAS COMPANY,
STAR GAS INERGY LP,
STAR GAS PARTNERS LP,
STAR GAS PROPANE CO., INC.,
TRUE GAS COMPANY,

    Defendants.

_____/

**O R D E R**

This cause is before the Court on Doc. 46, Joint Motion for Extension of Time to Extend the Discovery Cut-Off and to File/Respond to Dispositive Motions. The motion is granted. Accordingly, the discovery cut-off is hereby extended to June 30, 2006, the deadline for filing dispositive motions is extended to July 31, 2006, and opposition motions are due August 31, 2006.

**DONE AND ORDERED** this *17th* day of May, 2006

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge