IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS HARRIS,

    Plaintiff,

v.                                        CASE NO. 1:05-cv-00039-MP-AK

MIDWEST GAS COMPANY,
STAR GAS INERGY LP.,
STAR GAS PARTNERS, LP.,
STAR GAS PROPANE CO., INC.,
TRUE GAS COMPANY,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 127, Joint Stipulation of Settlement submitted by the parties. In the stipulation, the parties indicate that a settlement has been reached as to all claims, and the parties request that the Court administratively close this case pending the filing of a stipulation of dismissal of claims. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

        1.    The Clerk is directed to close this case.

        2.    The Court will retain jurisdiction for 60 days following the filing of a stipulation of dismissal to ensure that settlement is effected.

**DONE AND ORDERED** this  *18th* day of April, 2007

                        *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge