IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS HARRIS,

    Plaintiff,

v.     CASE NO. 1:05-cv-00039-MP-AK

MIDWEST GAS COMPANY,
STAR GAS INERGY LP.,
STAR GAS PARTNERS, LP.,
STAR GAS PROPANE CO., INC.,
TRUE GAS COMPANY,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 139, Stipulation of Dismissal. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, parties may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties. Here, this was done. Further, the parties have expressly stipulated that the dismissal is with prejudice. Therefore, this action is dismissed with prejudice, and the Court shall retain jurisdiction to enforce the parties' settlement agreement for a period of 60 days.

**DONE AND ORDERED** this  *13th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge